**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**NICHOLAS HEBERT**                                                             **PLAINTIFF**

**V.**                                **CASE NO. 3:19-CV-3004**

**ANDREW M. SAUL,**[1] **Commissioner**
**Security Administration**                                                **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 14) filed in this case on November 15, 2019, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends reversing the decision of the ALJ and remanding the case to the Commissioner for further consideration. No objections were filed, and the Court agrees the case should be remanded.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 14) is **ADOPTED IN ITS ENTIRETY.** The case is **REMANDED** for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 2nd day of November, 2019.

                                                       /s/ Timothy L. Brooks
                                                       TIMOTHY L. BROOKS
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Andrew M. Saul has been appointed to serve as Commissioner of Social Security and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.